**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HUI LI,

               Plaintiff,

      v.

CHINA MERCHANTS BANK CO., LTD., and
KANG PAN, in his individual and professional
capacities,

               Defendants.

Civil Action No. 22-cv-09309-KPF

**NOTICE OF MOTION**

       **PLEASE TAKE NOTICE**, that upon the annexed Declaration of David M. Wirtz dated November 30, 2022 with annexed exhibits; Defendants' Memorandum of Law In Support of Its Motion to Strike Certain Allegations in the Plaintiff's Complaint; and upon all the prior pleadings and proceedings had herein, the undersigned, on behalf of Defendants China Merchants Bank Co., Ltd. and Kang Pan, will move before the Honorable Katherine Polk Failla, at the United States District Courthouse, Southern District of New York, 40 Foley Square, New York, NY 10007, on a date and time to be scheduled by the Court, for an Order pursuant to Rule 12(f) of the Federal Rules of Civil Procedure granting Defendants' Motion to Strike and for such other and further relief as the Court may deem just and proper.

       **PLEASE TAKE FURTHER NOTICE**, that pursuant to this Court's Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within fourteen days and reply

affidavits and memorandum of law shall be served within seven days after service of the

answering papers.

Date:   November 30, 2022
        New York, New York

                                        /s/ David M. Wirtz
                                        David M. Wirtz
                                        Adriana H. Foreman
                                        LITTLER MENDELSON, P.C.
                                        900 Third Avenue, 8th Floor
                                        New York, New York 10022
                                        212.583.9600
                                        dwirtz@littler.com
                                        aforeman@littler.com

                                        *Attorneys for Defendants*


The Court is in receipt of Defendants' motion to strike and
supporting documentation (Dkt. #13-15).  Plaintiff is
directed to file a response by December 12, 2022.

Dated:      December 7, 2022          SO ORDERED.
            New York, New York


                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE