**WIGDOR LLP**

ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

February 13, 2023

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: Li v. China Merchants Bank Co., LTD, *et al.*; Case No. 22-cv-9309 (KPF)

Dear Judge Failla:

We represent Plaintiff Hui Li and write to inform the Court that in the interests of expediency and judicial economy, Plaintiff will not be submitting any reply papers in connection with the Motion for Reconsideration pending before the Court.  Dkt. No. 22.  We rest on the arguments already put forth before the Court.  We thank the Court for Your Honor's consideration of this Motion.

Respectfully submitted,

David E. Gottlieb