

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

October 9, 2023

**VIA ECF**

The Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Li v. China Merchants Bank Co., LTD, et al.; Case No. 22-cv-9309 (KPF)

Dear Judge Figueredo,

We represent Plaintiff Sherry Li and write with Defendants' consent to respectfully request an adjournment of the settlement conference scheduled for October 23, 2023. This is the first request for an adjournment of the settlement conference and it is requested due to lead counsel for Plaintiff requiring a medical procedure. The parties will propose alternative potential dates to the Court as soon as possible after Plaintiff's counsel has further clarity, but we expect to provide such dates for early December 2023. We thank the Court for its attention to this matter.

Respectfully submitted,

David E. Gottlieb

---

Application Granted

Valerie Figueredo, U.S.M.J.

DATED: October 10, 2023

The parties are to provide an update on alternative potential dates for a settlement conference by **Tuesday, October 31, 2023.** The Clerk of Court is respectfully directed to terminate the motion at ECF No. 43.