

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

January 19, 2024

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



      Re:    Li v. China Merchants Bank Co., LTD, *et al.*; Case No. 22-cv-9309 (KPF)

Dear Judge Failla,

We represent Plaintiff and write jointly with Defendants to respectfully request an extension from today until January 26, 2024 to submit a revised Case Management Plan. The parties have met and conferred over the last week and have been unable to reach agreement on how best to modify the Case Management Plan to conform with the Court's most recent order (Dkt. No. 52). The parties expect to use this additional time to reach an agreement that will avoid the need to ask the Court to intervene.

Respectfully submitted,

David E. Gottlieb

```
Application GRANTED.  The deadline to file the revised Case
Management Plan is hereby ADJOURNED to January 26, 2024.

The Clerk of the Court is directed to terminate the pending motion
at docket number 53.

Dated:      January 19, 2024          SO ORDERED.
            New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE