UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HUI LI,

                           Plaintiff,

      -against-

CHINA MERCHANTS BANK CO., LTD. et al.,

                          Defendants.
------------------------------------------------------------------X

22-CV-9309 (KPF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On January 4, 2024, Judge Koeltl directed Plaintiff to provide the Court information to assist in determining the reasonableness of the settlement and attorney's fees. ECF No. 21. Plaintiff is directed to provide the information requested by **February 23, 2024**, or seek an extension of time to do so.

      **SO ORDERED.**

DATED:    New York, New York
               February 7, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge