UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HUI LI,

                                Plaintiff,

        -against-

CHINA MERCHANTS BANK CO., LTD. et al.,

                              Defendants.
------------------------------------------------------------------X

22-CV-9309 (KPF)

**ORDER TO STRIKE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    ECF No. 63 was filed in error. Therefore, the Court respectfully directs the Clerk of Court to strike ECF No. 63 from the docket in its entirety.

    **SO ORDERED.**

DATED:    New York, New York
               February 14, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge