

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

**MEMO ENDORSED**

April 11, 2025

**VIA ECF**
The Honorable Katherine P. Failla
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Li v. China Merchants Bank Co., LTD, et al.; Case No. 22-cv-9309 (KPF)

Dear Judge Failla:

We represent Plaintiff Sherry Li and write in connection with a letter which we are filing shortly, regarding our anticipated proposed motion to compel. Pursuant to Your Honor's Individual Rule 9(B)(i), we respectfully request leave to file certain exhibits to the letter with redactions. These redactions protect the identifying information of third parties who complained about discrimination/retaliation while in the employ of Defendant China Merchants Bank.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

David E. Gottlieb

```
Application GRANTED.  Pursuant to Rule 9(B)(i) of this Court's
Individual Rules of Practice in Civil Cases, Plaintiff must also
electronically file under seal a copy of the unredacted document with
the redactions highlighted.

The Clerk of Court is directed to terminate the pending motion at
docket entry 95.

Dated:   April 14, 2025            SO ORDERED.
         New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE