UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUI LI,<br><br>      Plaintiff,<br><br>    -v.-<br><br>CHINA MERCHANTS BANK CO. LTD and KANG PAN, *in his individual and professional capacities*,<br><br>      Defendants. | 22 Civ. 9309 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Court has reviewed Defendants' letter motion (Dkt. #111), Plaintiff's letter motion (Dkt. #112), and Defendants' additional letter motion (Dkt. #113), all regarding outstanding discovery issues.  The Court appreciates that the parties have several outstanding discovery issues.  Rather than proceeding in a piecemeal fashion, and in order to resolve these issues in the most efficient manner, the parties are hereby ORDERED to respond to each other's respective letter motions by tomorrow, **May 7, 2025**, at **5:00 p.m.**  The parties are further ORDERED to appear at a conference on **May 8, 2025**, at **3:00 p.m.**, in Courtroom 618 of the Thurgood Marshall United States Courthouse.[1]

  SO ORDERED.

Dated: May 6, 2025
     New York, New York

                        KATHERINE POLK FAILLA
                        United States District Judge

---

[1] The Court will address Defendants' motion for reconsideration (*see* Dkt. #107-110) after it is fully briefed.