

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

May 6, 2025

**VIA ECF**



The Honorable Katherine Polk Failla
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    Li v. China Merchants Bank Co., LTD, *et al.*; Case No. 22-cv-9309 (KPF)

Dear Judge Failla,

We represent Plaintiff and write jointly with Defendants to respectfully request a short adjournment of the in-person conference scheduled for Thursday, May 8, 2025, pursuant to the Court's order of earlier today.  See Dkt. No. 114.  The reason for the request is that lead counsel for both parties have pre-existing conflicts on that date and time.  Lead Plaintiff's counsel has a previously scheduled mediation before the Honorable Diane M. Welsh (now associated with JAMS) in a sexual assault action captioned as Jane Doe v. Columbia University, et al., No. 804741/2025, pending in New York State Supreme Court.  Lead Defendants' counsel is attending a work conference in Arizona through the end of the week.  The parties respectfully request a conference on a mutually available date next week that would also be convenient for the Court.  Counsel have conferred and can provide the following availability next week: Monday, May 12 (other than 11:30 to 1:30); Wednesday, May 14 (all day); Friday, May 16 (all day).  This is the first adjournment requested with respect to this date and it will not impact any other scheduled dates.  We thank the Court in advance for Your Honor's consideration of this request.


Respectfully submitted,

David E. Gottlieb

Application GRANTED.  The Court hereby ADJOURNS the conference
previously scheduled for May 8, 2025, to **May 19, 2025**, at **11:00 a.m.**,
the next date that is convenient for the Court.  As before, the
conference will take place in person.  Accordingly, the Court also
ADJOURNS the May 7, 2025 deadline to respond to each other's pre-
motion letters; these responses are due on or before **May 8, 2025**, in
accordance with the Court's Individual Rules.

The Court once again advises the parties that it fully expects them to
continue trying to resolve the issues raised in their letters.  The
Court is determined not to stand in the way of the parties' meeting
the interim deadlines set forth in their April 29, 2025 joint letter
(Dkt. #104), which is why the Court scheduled this conference when it
did.

The Clerk of Court is directed to terminate the pending motion at
docket entry 117.

Dated:     May 6, 2025          SO ORDERED.
           New York, New York

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE