

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

June 30, 2025

**MEMO ENDORSED**

<u>**VIA ECF**</u>

The Honorable Katherine Polk Failla
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Li v. China Merchants Bank Co., LTD, *et al*.</u>; Case No. 22-cv-9309 (KPF)

Dear Judge Failla,

The parties write jointly to respectfully request that the conference scheduled for July 1, 2025 at 3:00 p.m. (Dkt. No. 134) be adjourned *sine die* as the parties expect to file a stipulation of dismissal without further court intervention. This is the first request for an adjournment of this conference.

Respectfully submitted,

*/s/ David E. Gottlieb*

David E. Gottlieb

cc: All counsel of record (via ECF)

```
Application GRANTED.  The conference previously scheduled for July 1,
2025, is ADJOURNED sine die.  The Court awaits the stipulation of
dismissal.

The Clerk of Court is directed to terminate the pending motion at docket
entry 135.

Dated:     June 30, 2025              SO ORDERED.
           New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE